UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 14-263 (JEI) |
| v. | : | |
| JOSEPH SIGELMAN | : | Hon. Joseph E. Irenas |

CONSENT AMENDED PRETRIAL SCHEDULING ORDER

On March 4, 2015, the Court signed an order setting deadlines for pretrial filings in this case. (Doc. # 155, the ("Pretrial Order").) Upon consent of the parties, the Court amends the Pretrial Order as follows:

1. **Exhibits:** The United States shall pre-mark all exhibits that it intends to introduce as part of its case-in-chief and shall permit defense counsel to inspect and copy such on or before **March 27, 2015**. The defendant's exhibits shall also be pre-marked and shall be disclosed to the United States on or before **April 3, 2015**.

2. **Jencks and *Giglio* material:** The United States shall produce Jencks and *Giglio* material, except for materials from the hard drive that was the subject of defendant's Motion for Issuance of a

Rule 17(c) Subpoena *Duces Tecum* to Gregory Weisman (Doc. #
149) and discussed during the March 27, 2015 status conference,
to the defense on or before **March 30, 2015**.

3.  The following shall be filed on or before **March 30, 2015**:

    a.  Motions *in limine*; and

    b.  Non-dispositive pretrial motions.

4.  The following shall be filed on or before **April 10, 2015**:

    a.  Proposed jury voir dire questions;

    b.  Proposed jury instructions;

    c.  Proposed verdict slip; and

    d.  Trial memorandum.

5.  Responses to any motions *in limine* or non-dispositive pretrial
    motions shall be filed on or before **April 13, 2015**.

6.  Trial is set for **April 20, 2015 at 9:00 A.M.** in Camden –
    Courtroom 5A.


BY THE COURT:

HONORABLE JOSEPH E. IRENAS
SENIOR UNITED STATES DISTRICT
JUDGE

3/30/15

Form and entry
Consented to:

*/s/ Zach Intrater*
ZACH INTRATER
Assistant United States Attorney

*/s/ Daniel Kahn*
DANIEL KAHN
Assistant Chief, Fraud Section

*/s/ William Burck*
WILLIAM BURCK, Esquire
Counsel for Joseph Sigelman

*/s/ Patrick J. Egan*
PATRICK J. EGAN, Esquire
Counsel for Joseph Sigelman