UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSEPH SIGELMAN | Case No. 14-00263-1 (JEI)<br><br>Hon. Joseph E. Irenas, U.S.D.J. |

**[PROPOSED] FINDINGS OF FACT AND CONCLUSIONS OF LAW REGARDING DEFENDANT'S MOTION TO SEAL MATERIALS**

Upon motion by Joseph Sigelman for permission to file several 302s under seal as exhibits to his Motion to Depose David Orlando Duran Florez ("Duran") pursuant to Federal Rule of Criminal Procedure 15, the Court makes the following Findings of Fact and Conclusions of Law:

1. Under Federal Rule of Criminal Procedure 49.1(d) and Local Rule of Civil Procedure 5.2, this Court may permit materials to be filed under seal.

2. The 302 reports of interviews with Duran and Mauricio Vesga produced to Sigelman by the Government pursuant to the protective order may be filed under seal to avoid the possible injury attending public disclosure.

3. Permitting the filing of such materials under seal is the appropriate remedy.

Dated: _____, 2015

_____
Honorable Joseph E. Irenas
Senior United States District Judge

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSEPH SIGELMAN | Case No. 14-00263-1 (JEI)<br><br>Hon. Joseph E. Irenas, U.S.D.J. |

**[PROPOSED] ORDER GRANTING
DEFENDANT'S MOTION TO SEAL MATERIALS**

ORDERED, that Joseph Sigelman's Motion to Seal Materials attached as exhibits to his Motion to Depose David Orlando Duran Florez is granted.

Dated: _____, 2015

_____
Honorable Joseph E. Irenas
Senior United States District Judge

| | |
|---|---|
| Patrick J. Egan<br>Matthew S. Olesh<br>FOX ROTHSCHILD LLP<br>2000 Market Street, 20th Fl.<br>Philadelphia, PA 19103<br>Tel: (215) 299-2825<br>Fax: (215) 299-2150<br>pegan@foxrothschild.com | William A. Burck<br>Juan P. Morillo<br>Benjamin A. O'Neil<br>M. Veronica Yepez<br>Jonathan Cooper<br>QUINN EMANUEL URQUHART<br>& SULLIVAN LLP<br>777 6th Street NW<br>Washington, DC 20001<br>Tel: (202) 538-8000<br>Fax: (202) 538-8100<br>williamburck@quinnemanuel.com |

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.

JOSEPH SIGELMAN

Case No. 14-00263-1 (JEI)

### NOTICE OF DEFENDANT'S MOTION TO SEAL MATERIALS

TO:   Daniel S. Kahn, Esquire          Zach Intrater, Esquire
      Assistant United States Attorney  Assistant United States Attorney
      United States Department of Justice  U.S. Attorney's Office, Room 700
      950 Pennsylvania Avenue, NW     970 Broad Street
      Washington, DC 20530-0001       Newark, NJ 07102

**PLEASE TAKE NOTICE** that, on a date and time to be set by the Court, defendant Joseph Sigelman, by and through his undersigned attorneys, will move before the United States District Court for the District of New Jersey for an Order permitting the filing under seal of exhibits to his Memorandum of Law in support of the Motion to Depose David Orlando Duran Florez filed today.

Mr. Sigelman will rely on the memorandum of law submitted herewith in support of his Motion. Oral argument is requested if the Motion is opposed.

Respectfully submitted,

_/s/ Patrick J. Egan_
Patrick J. Egan, Esquire
Matthew S. Olesh, Esquire
FOX ROTHSCHILD LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19103
Tel: (215) 299-2825
Fax: (215) 299-2150
pegan@foxrothschild.com

/s/ William Burck
William A. Burck, Esquire
Juan P. Morillo, Esquire
Benjamin A. O'Neil, Esquire
M. Veronica Yepez, Esquire
Jonathan Cooper, Esquire
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
777 6th Street NW
11th Floor
Washington, D.C. 20001-3706
Tel: (202) 538-8000
Fax: (202) 538-8100
williamburck@quinnemanuel.com

*Counsel for Defendant Joseph Sigelman*

Dated: March 30, 2015

| | |
|---|---|
| Patrick J. Egan<br>Matthew S. Olesh<br>FOX ROTHSCHILD LLP<br>2000 Market Street, 20th Fl.<br>Philadelphia, PA 19103<br>Tel: 215-299-2825<br>Fax: 215-299-2150<br>pegan@foxrothschild.com | William A. Burck<br>Juan P. Morillo<br>Ben O'Neil<br>M. Veronica Yepez<br>Jonathan Cooper<br>QUINN EMANUEL URQUHART<br>& SULLIVAN LLP<br>777 6th Street NW<br>11th Floor<br>Washington, DC 20001<br>Tel: 202.538.8000<br>Fax: 202.538.8100<br>williamburck@quinnemanuel.com |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSEPH SIGELMAN | Case No. 14-00263-1 (JEI)<br><br>Hon. Joseph E. Irenas, U.S.D.J. |

## DEFENDANT'S MOTION TO SEAL MATERIALS

Joseph Sigelman today files a Motion to Depose David Orlando Duran Florez ("Duran"). The Memorandum of Law in support of the Motion discusses several Federal Bureau of Investigation Form 302 reports ("302s") of interviews with Duran and Mauricio Vesga ("Vesga"). Through his undersigned counsel, Sigelman respectfully moves this Court for an order permitting him to file the following interview reports under seal as exhibits to the Motion:

1. Report of a joint interview with Duran and his wife conducted on March 14, 2013;

2. Report of an interview with Duran conducted on February 6, 2014;

3. Report of an interview with Duran conducted on April 29, 2014;

4. Report of an interview with Duran conducted on May 9, 2014; and

5. Report of an interview with Vesga conducted on March 12–13, 2015.

Federal Rule of Criminal Procedure 49.1(d) and Local Civil Rule 5.2 provide for the sealing of documents in criminal cases. Sigelman relies upon the protective order issued by this Court (Dkt. No. 38) as grounds for sealing.

WHEREFORE, for the reasons set forth herein, Sigelman respectfully requests that the Court grant this Motion and enter an order permitting the filing under seal of the materials referenced above as exhibits to the Motion to Depose David Orlando Duran Florez filed with the Court today.

Dated: March 30, 2015                                    Respectfully submitted,

/s/ Patrick J. Egan
Patrick J. Egan, Esquire
Matthew S. Olesh, Esquire
Fox Rothschild LLP
2000 Market Street, 20th Floor
Philadelphia, PA  19103
Tel: (215) 299-2825
Fax: (215) 299-2150
pegan@foxrothschild.com

/s/ William Burck
William A. Burck, Esquire
Juan P. Morillo, Esquire
Ben O'Neil, Esquire
M. Veronica Yepez, Esquire
Jonathan Cooper, Esquire
Quinn Emanuel Urquhart &
Sullivan LLP
777 6th Street NW
11th Floor
Washington, DC 20001
Tel: (202) 538-8000
Fax: (202) 538-8100
williamburck@quinnemanuel.com

*Counsel for Defendant Joseph Sigelman*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSEPH SIGELMAN | Case No. 14-00263-1 (JEI)<br><br>Hon. Joseph E. Irenas, U.S.D.J. |

MEMORANDUM IN SUPPORT OF
DEFENDANT'S MOTION TO SEAL MATERIALS

Under Federal Rule of Criminal Procedure 49.1(d) and Local Rule of Civil Procedure 5.2, the Court may permit filings under seal in criminal cases. Local Rule of Civil Procedure 5.3(c) requires a description of (a) the nature of the materials at issue, (b) the legitimate interests warranting relief, (c) the injury that would result if relief is not granted, and (d) the reason no less restrictive alternative relief is available.

The 302s Sigelman seeks to file under seal as exhibits to his Motion to Depose David Orlando Duran Florez ("Duran") pursuant to Federal Rule of Criminal Procedure 15 summarize interviews with Duran and Mauricio Vesga. Sigelman requests permission to file the 302s under seal out of abundant caution to preserve the terms of the protective order issued by this Court (Dkt. No. 38) and under which the reports were provided. Permitting Sigelman to file the 302s under seal will allow the Court to more fully consider his argument that Duran, possesses exculpatory evidence that should be secured by a Rule 15 deposition while also preserving the goals of the protective order.  No less restrictive alternative relief is suitable.

WHEREFORE, for the reasons set forth herein, Joseph Sigelman respectfully requests that the Court grant this Motion and enter an order permitting the filing under seal of the materials referenced above as exhibits to his motion for a Rule 15 deposition.

Dated: March 30, 2015

Respectfully submitted,

/s/ Patrick J. Egan
Patrick J. Egan, Esquire
Matthew S. Olesh, Esquire
Fox Rothschild LLP
2000 Market Street, 20th Floor
Philadelphia, PA  19103
Tel: (215) 299-2825
Fax: (215) 299-2150
pegan@foxrothschild.com


/s/ William Burck
William A. Burck, Esquire
Juan P. Morillo, Esquire
Ben O'Neil, Esquire
M. Veronica Yepez, Esquire
Jonathan Cooper, Esquire
Quinn Emanuel Urquhart &
Sullivan LLP
777 6th Street NW
11th Floor
Washington, DC 20001
Tel: (202) 538-8000
Fax: (202) 538-8100
williamburck@quinnemanuel.com

*Counsel for Defendant Joseph Sigelman*