# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Hon. Joseph E. Irenas |
| | : | |
| v. | : | |
| | : | |
| **JOSEPH SIGELMAN** | : | Crim. No. 14-263 (JEI) |

## CONSENT AMENDED PRETRIAL SCHEDULING ORDER

On March 4, 2015, the Court signed an order setting deadlines for pretrial filings in this case (Doc. No. 155) (the "Pretrial Order"). On March 30, 2015, the Court signed an order amending the Pretrial Order (Doc. No. 167) (the "Amended Pretrial Order"). Upon consent of the parties, the Court amends the Amended Pretrial Order as follows:

The following shall be filed on or before **May 4, 2015**:

    a.    Proposed jury voir dire questions;

    b.    Proposed jury instructions;

    c.    Proposed verdict slip; and

    d.    Trial memorandum.

BY THE COURT:

_/s/ Joseph E. Irenas_
HONORABLE JOSEPH E. IRENAS
SENIOR UNITED STATES DISTRICT JUDGE

Form and entry
Consented to:

/s/ Zach Intrater
ZACH INTRATER
Assistant United States Attorney

/s/ Daniel Kahn
DANIEL KAHN
Assistant Chief, Fraud Section

/s/ Patrick Stokes
PATRICK F. STOKES
Deputy Chief, Fraud Section

/s/ Tarek Helou
TAREK HELOU
Assistant Chief, Fraud Section

/s/ William Burck
WILLIAM BURCK, Esquire
Counsel for Joseph Sigelman

/s/ Patrick J. Egan
PATRICK J. EGAN, ESQUIRE
Counsel for Joseph Sigelman