UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSEPH SIGELMAN | Case No. 14-00263-1 (JEI)<br><br>**ORDER** |

AND NOW, this  16th  day of  April , 2015, after consideration of Defendant Joseph Sigelman's Motion for Issuance of Rule 17(c) Subpoena Duces Tecum to HSBC Bank USA, N.A., and any response thereto, it is hereby **ORDERED** that the Motion is **GRANTED**. It is **FURTHER ORDERED** that a subpoena shall issue to HSBC Bank USA, N.A., returnable within ten (10) days from the date of entry of this Order to M. Veronica Yepez, Esquire, Quinn Emanuel Urquhart & Sullivan LLP, 777 6th Street NW, Washington, DC 20001, for the following materials:

1. Records, documents or information pertaining to HSBC Bank USA, N.A. account number ▓▓▓▓710-2 that reflect from the account's establishment until April 2011 (a) all bank statements and/or any sent or received wires, transfers, deposits, checks, credits or debits; (b) the identity of any and all individuals authorized to (i) access the account; and (ii) make payments or wires from the account; and (c) any and all procedures and controls to (i) access the account; and (ii) make payments or wires.

BY THE COURT:

_____
HONORABLE JOSEPH E. IRENAS
SENIOR UNITED STATES DISTRICT JUDGE