## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 14-00263-1 (JEI) |
| JOSEPH SIGELMAN | |
| | **ORDER** |

AND NOW, this __16th__ day of __April__, 2015, after consideration

of Defendant Joseph Sigelman's Motion for Issuance of Rule 17(c) Subpoena Duces Tecum to

E-Trade, and any response thereto, it is hereby **ORDERED** that the Motion is **GRANTED**. It is

**FURTHER ORDERED** that a subpoena shall issue to E-Trade, returnable within ten (10) days

from the date of entry of this Order to M. Veronica Yepez, Esquire, Quinn Emanuel Urquhart &

Sullivan LLP, 777 6th Street NW, Washington, DC 20001, for the following materials:

1.    Bank records, documents or information pertaining to E-Trade accounts number

▮9620 and ▮8351 that reflect from their creation to date (a) all bank statements and/or any

sent or received wires, transfers, deposits, checks, credits or debits; and (b) the identity of any

and all individuals authorized to (i) access the accounts; and (ii) make payments or wires from

the accounts.

BY THE COURT:

_____
HONORABLE JOSEPH E. IRENAS
SENIOR UNITED STATES DISTRICT JUDGE