UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSEPH SIGELMAN | Case No. 14-00263-1 (JEI)<br><br>**ORDER** |

AND NOW, this 16th day of April, 2015, after consideration of Defendant Joseph Sigelman's Motion for Issuance of Rule 17(c) Subpoena Duces Tecum to Bank of America, and any response thereto, it is hereby **ORDERED** that the Motion is **GRANTED**. It is **FURTHER ORDERED** that a subpoena shall issue to Bank of America, returnable within ten (10) days from the date of entry of this Order to M. Veronica Yepez, Esquire, Quinn Emanuel Urquhart & Sullivan LLP, 777 6th Street NW, Washington, DC 20001, for the following materials:

1. Bank records, documents or information pertaining to Bank of America account number █████5633 that reflect from its creation to date (a) all bank statements and/or any sent or received wires, transfers, deposits, checks, credits or debits; and (b) the identity of any and all individuals authorized to (i) access the account; and (ii) make payments or wires from the account.

BY THE COURT:

_____
HONORABLE JOSEPH E. IRENAS
SENIOR UNITED STATES DISTRICT JUDGE