# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSEPH SIGELMAN | Case No. 14-00263-1 (JEI)<br><br>**ORDER** |

AND NOW, this 20th day of April, 2015, after consideration of Defendant Joseph Sigelman's Motion for Issuance of Rule 17(c) Subpoena Duces Tecum to HSBC Bank USA, N.A., and any response thereto, it is hereby **ORDERED** that the Motion is **GRANTED**. It is **FURTHER ORDERED** that a subpoena shall issue to HSBC Bank USA, N.A., returnable within ten (10) days from the date of entry of this Order to M. Veronica Yepez, Esquire, Quinn Emanuel Urquhart & Sullivan LLP, 777 6th Street NW, Washington, DC 20001, for the following materials:

1. Records, documents or information pertaining to HSBC Bank USA, N.A. account number ███955-0 that reflect from the account's establishment until January 2009 (a) all bank statements and/or any sent or received wires, transfers, deposits, checks, credits or debits; (b) the identity of any and all individuals authorized to (i) access the account; and (ii) make payments or wires from the account; and (c) any and all procedures and controls to (i) access the account; and (ii) make payments or wires.

BY THE COURT:

_____
HONORABLE JOSEPH E. IRENAS
SENIOR UNITED STATES DISTRICT JUDGE