# Exhibit A

```
                THE UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF TEXAS
                       HOUSTON DIVISION

                         *  *  *  *  *

UNITED STATES OF AMERICA      *    CRIMINAL NO. H-09-629
                              *
Versus                        *    Houston, Texas
                              *    9:00 a.m.
JOHN JOSEPH O'SHEA            *    January 11, 2012

                         *  *  *  *  *

                       JURY TRIAL (DAY 1)

             BEFORE THE HONORABLE LYNN N. HUGHES
                UNITED STATES DISTRICT JUDGE

                         *  *  *  *  *
```

Proceedings recorded by computer stenography
Produced by computer-aided transcription

*Edward L. Reed*
United States Court Reporter
515 Rusk, Suite 8016
Houston, Texas 77002 * 713-250-5594

```
 1  APPEARANCES:

 2  For the United States of America:

 3      MR. JASON S. VARNADO
        Assistant United States Attorney
 4      919 Milam, Suite 1500
        Houston, Texas 77002
 5
        MR. CHARLES E. DUROSS
 6      MS. NICOLA J. MRAZEK
        U.S. Department of Justice
 7      Criminal Division
        1400 New York Ave., NW
 8      Washington, DC 20005

 9  For the Defendant:

10      MR. JOEL M. ANDROPHY
        MS. SARAH M. FRAZIER
11      MS. ASHLEY L. GARGOUR
        Berg & Androphy
12      3704 Travis
        Houston, Texas 77002
13
    Court Reporter:
14
        EDWARD L. REED, CSR
15      515 Rusk, Suite 8016
        Houston, Texas 77002
16

17

18

19

20

21

22

23

24

25
```

**I N D E X**

Jury Voir Dire................................   4

Jury seated..................................  44

Court's Preliminary Instructions.............  45

Government's Opening Statement...............  59

Defendant's Opening Statement................  71

GOVERNMENT WITNESSES:

1.   Rene Cotting

          Direct Examination by Mr. Duross.....  96

          Cross-Examination by Ms. Frazier..... 175

          Redirect Examination by Mr. Duross... 190

1  didn't mess that up.
2              And the final Juror No. 14, *(Panel Member*
3  *33).*
4          ***[Court conferring with case manager]***
5              THE COURT:  Those of you whose names were
6  not called will not be jurors in this case.  That does
7  not mean that your visit this morning with us has been a
8  waste.  Because without you, we could not have picked
9  this jury, and without them, we couldn't try this case.
10 You have performed a valuable public service.
11 Unfortunately, you will have a brief opportunity to
12 perform another one because you will need to call the
13 disembodied machine and see if we need you tomorrow or
14 the next day.  And then you will be free.  With the
15 Court's thanks, you may be excused.
16          ***[Jury panel out]***
17             CASE MANAGER:  Okay, please stand and raise
18 your right hand.
19             Do you swear you will render a true
20 verdict according to the law and the evidence?
21             JURORS:  I do.
22             CASE MANAGER:  Please be seated.
23             THE COURT:  You are now on my team.  You will
24 find in your seat a whole stack of instructions.  I have
25 made them as brief as possible, but it wasn't in this

1  case very brief.  That's your copy.  You can read it,
2  follow along as I read it.  You can write on them, and
3  you can throw them away, but don't litter.
4              You will be required to decide from the
5  evidence and under my instructions on the law whether
6  the Government has proved beyond a reasonable doubt that
7  Joseph -- John Joseph O'Shea committed the offense in
8  the Indictment.
9              Proof beyond a reasonable doubt is evidence
10 that is so convincing that you would be willing to have
11 other people rely on it without hesitation in  the most
12 important of your affairs.
13             Remember, O'Shea is innocent and he
14 remains innocent unless the Government proves its
15 charges.  All reasonable doubts benefit him.
16             Do not speculate on matters not in
17 evidence.
18             What the lawyers say is not evidence.
19             How much of a witness' testimony you
20 believe and how much weight you give to that testimony
21 is solely your decision.
22             Among the things you should consider in
23 weighing testimony are the witnesses' relationship to
24 the parties; opportunity to know about the facts;
25 interest in the outcome of the case; manner of

1   testifying; candor, fairness and intelligence; and being
2   supported or contradicted by other evidence.
3              You may accept or reject the testimony of
4   a witness in whole or in part.
5              Facts may be established by direct
6   evidence, by circumstantial evidence, or both.  Direct
7   evidence is the testimony of witnesses who saw an act
8   done or heard words spoken, or is something physical
9   like a writing or another object.  Circumstantial
10  evidence is what may be reasonably concluded from other
11  facts.
12             At the end of the trial, you will make
13  your decision based on what you recall of the evidence.
14  If you would like, you may take notes.  If you do,
15  please keep them to yourself until you begin to
16  deliberate.  Do not let your note-taking detract you so
17  that you do not hear all the evidence as it is
18  presented.
19             Do not let bias, prejudice or sympathy
20  play a part in your evaluation of the evidence.
21             The law does not require O'Shea to prove
22  his innocence or to produce any evidence at all.
23             O'Shea is not on trial for anything he may
24  have done other than those acts described in the
25  Indictment.

```
 1                    Because you are jurors, you may not be
 2   witnesses.  Of course, you may  use all of your
 3   experiences and education in evaluating the evidence;
 4   however, you may not seek information from books,
 5   friends or otherwise about the case or tell other jurors
 6   about your experiences you have had or things that you
 7   have heard that are not in evidence.
 8                    If you learn anything about this case
 9   except through the evidence presented in court, you must
10   report that to me at once.
11                    You may not discuss the case or the
12   evidence with anybody, even your spouse.  Discuss
13   includes texts, e-mail, Twitter, Facebook, and
14   extrasensory perception.  Do not talk about the case
15   among yourselves until after you receive the final
16   instructions.
17                    Please wear your juror badge -- and we're
18   going to give you another slightly less tacky badge --
19   the whole time you are around the courthouse to keep
20   someone from accidentally talking about the case near
21   you.  If anyone should attempt to discuss the case with
22   you, please report that to me immediately.
23                    To avoid even the appearance of improper
24   contact, have no conversation at all with people whom
25   you recognize as having a connection with the case, like
```

1  lawyers, parties and witnesses.
2              Nothing that I do, like facial expressions
3  or body language is meant to indicate my preference for
4  one side or the other.  The important question is what
5  you think about the testimony, not what I think.
6              Please keep an open mind.  The evidence at
7  the beginning is not necessarily better or worse than
8  that offered later.  You must not make up your mind
9  about anything until all of the evidence has been heard.
10             You must follow my instructions on the
11 law.  Some of them will be formal, like these, and those
12 at the end of the trial, but many will be relatively
13 informal, like when I say disregard the last answer or
14 something similar.  All instructions are important.
15             O'Shea has been charged with paying a
16 foreign public official to influence his official
17 actions to his benefit.  The Federal law is called,
18 naturally enough, the Foreign Corrupt Practices Act.
19             O'Shea may be found guilty of these crimes
20 only if the Government proves all of these facts beyond
21 a reasonable doubt:
22             O'Shea is a citizen of the United States;
23             He offered, paid, or authorized the
24 payment of anything of value;
25             That his payment was to a foreign official

1  or a person whom he knew would offer to pay at least
2  some of the money to a foreign official directly or
3  indirectly;
4           That the payment was in exchange for the
5  foreign official to misuse his authority to affect the
6  decision of his agency in favor of O'Shea's business
7  interest;
8           He acted corruptly -- knowingly and
9  willfully; and
10          He used the mails or other means of
11 interstate or foreign commerce to accomplish his illegal
12 act.
13          Now, Government includes its parts --
14 departments and agencies -- however they may be labeled.
15 The agency may be partially owned by private investors,
16 but they are covered if they are state-owned or
17 state-controlled companies.  In this country we have
18 agencies of the Government with names that make them
19 sound independent.  These include operations like the
20 Federal Deposit Insurance Corporation, Tennessee Valley
21 Authority, Federal National Mortgage Association, United
22 States Postal Service, and Import-Export Bank.  On the
23 other hand, an electrical Company in this country is
24 called a public utility, but it does not exercise state
25 authority -- if it does not exercise state authority, it

1  is not an agency of the state even when owned by the
2  state.
3           In determining whether an entity is an
4  agency of a foreign government, you should consider
5  these among all other evidence; none is exclusive.
6           The extent of Mexico's ownership of the
7  Commission, including the level of financial support by
8  it, subsidies, special tax treatment, loans;
9           The power of Mexico to appoint members of
10 its key directors or officers;
11          The ways that Mexico uses it to accomplish
12 purely governmental functions;
13          The way Mexico created and characterized
14 the Commission; and
15          The Commission's obligations and
16 privileges under Mexican law, including whether it
17 exercises exclusive power over its field.
18          The person to whom the payment is directed
19 must have substantial authority to affect decisions of
20 his agency.
21          A foreign official is an officer or
22 employee of the government of a country other than the
23 United States.
24          The Commission is not an integral part of
25 a foreign government's public function merely because it

1   is government owned.  It must be exercising a public
2   governmental function.
3              An official of a public agency does not
4   perform a governmental function when his agency operates
5   in his area substantially as a private agency -- as its
6   private agency competitors do, without preferences,
7   subsidies or other privileges.
8              If you conclude that the Government has
9   proved beyond a reasonable doubt that the Commission is
10  an agency of the Mexican Government, some of its
11  officials may be responsible for operations of the
12  Commission that are not governmental.  To the extent
13  that a part of the Commission operates a business on
14  substantially the same terms as private companies, its
15  officers in that part are not public officials.
16             Mexican law excludes private companies
17  from the sale of electricity to households.  On the
18  other hand, the Commission -- the Constitution statutes
19  and regulations allow for private generation of
20  electricity or self-consumption, cogeneration, export
21  and sale to the Commission for resale, including to
22  households.
23             The Mexican Constitution forbids
24  monopolies, but it has reserved high levels of
25  regulation of ownership in a few areas, like oil and

1   electricity.
2              Although the Commission receives no
3   protection as to subsidies, it has to sell power for
4   household use at a rate set by the government.  If the
5   Commission loses money on those sales, the Government
6   allows it to deduct those losses from the charge it owes
7   for the use of Mexico's capital.
8              The Commission may be sued under normal
9   civil jurisdiction in the Mexican courts.  Its contracts
10  with household customers are governed by the Mexican
11  commercial and civil law and by Mexican Consumer
12  Protection Commission.
13             The Commission's board of directors
14  includes government officers and three members of the
15  Electricians Union.
16             The Commission has no regulatory powers.
17  The Electrical Regulatory Commission (in Spanish C.R.E.)
18  issues licenses and permits in Mexico for the
19  generation, transmission and supply of electricity in
20  Mexico.  The Secretary of Energy established tariffs for
21  categories of users.
22             To violate the law, the act must have been
23  knowingly and willful.  O'Shea cannot be convicted
24  because he made a mistake.  He had to have known what he
25  was doing.  He also must have acted with the conscious

1  intention of violating the law.  O'Shea did not have to
2  have known of the particular provisions of the act
3  itself, but he must have acted knowingly, knowing that
4  he was doing -- what he was doing was bribery, a corrupt
5  bargain.
6          The word "corruptly" in the Foreign
7  Corrupt Practices Act means an attempt to get a foreign
8  official to misuse his public authority in exchange of
9  benefits outside the legal governmental operation.
10         The purpose of the payment must have been
11 to induce a foreign official to act, decide or persuade
12 others to act in a manner within his official
13 responsibilities.  The Government must prove that the
14 payment, gift or promise was knowingly offered to a
15 foreign official for the purpose and in the expectation
16 that, in exchange for it, some act of a public official
17 would be influenced.
18         Paying a bribe is covered by this law.  It
19 also covers promises of and authorizations of bribes.
20 If you do not find that a bribe was paid, you may find
21 O'Shea guilty of promising to pay or authorizing others
22 to pay one.
23         The promised payments may be direct or
24 indirect, they may be in money, service or other form.
25 The benefit must be significant, not trivial.  Payments

1  intended solely as a reward for a foreign official for
2  past acts are not illegal.  Payments intended solely to
3  generate good will with a foreign official, who has
4  been or may be in a position to act favorably on things
5  affecting the giver's interest are not illegal.  The law
6  prohibits corrupt payments to assist in getting or
7  keeping business, as well as in carrying out existing
8  business.
9              During this trial, you may hear of
10 evidence about how the money was deposited to bank
11 accounts and how some of the money was later withdrawn
12 from those banks.  Once money has been deposited in an
13 account, particular deposits may not be traced to a
14 specific withdrawal.  The use of the funds from the
15 account, however, may be considered by you as evidence
16 about one nature of the account and the uses of some of
17 the money.
18             For O'Shea to be convicted of having paid
19 a bribe, however, you must find beyond a reasonable
20 doubt that ABB's money was actually paid or promised by
21 O'Shea, directly or indirectly, for the benefit of
22 Moreno or other Commission public officials for business
23 help.
24             The Government must prove that O'Shea knew
25 that the payment's intended recipient was a foreign

```
 1  official.  It does not have to prove that O'Shea knew
 2  the exact way the bribe was to be accomplished, only
 3  that the payment's purpose was a bribe rather than
 4  charity, marketing or other business expense in Mexico
 5  by O'Shea's associates.
 6              O'Shea knew this if the Government proves
 7  that he had an understanding strong enough that he based
 8  his decision to pay on his strong expectation of the
 9  money being affected in benefiting the official
10  unofficially enough to help his business directly.
11              The payment must have been proved to be
12  connected to obtaining or keeping specific business.
13              O'Shea may offer testimony that the
14  payments were reasonable, good faith business
15  expenditures that were incurred by or on behalf of the
16  Commission officer and were directly related to the
17  promotion of ABB's products or services or the
18  performance of its contracts with the Commission.
19  Although the Government must prove the elements beyond a
20  reasonable doubt, O'Shea may prove that the payments
21  were reasonable expenses by showing that more likely
22  than not, that is what they were.  This is a much, much
23  lower standard than beyond a reasonable doubt.
24              If the Government official suggested or
25  demanded a bribe, it is still illegal to pay it.
```

```
 1                 Interstate and foreign commerce is trade,
 2   transportation or communication among the American
 3   states or between a foreign country and a state.
 4                 Government Exhibits 9B, 9C, 9D, 12C and
 5   12D.  In another pending case, in showing Moreno's use
 6   of the Sorvill bank account, the Government has
 7   attributed the tuition payments for Nestor Moreno's son
 8   to other people's bribes.
 9                 Government 15.  This may be about payment
10   of $10,000 to a Commission official.  It is not charged
11   against O'Shea in the Indictment.  You still may
12   consider this evidence in assessing O'Shea's
13   participation in and knowledge of a pattern of which an
14   indicted act may be a a part.
15                 Government 16.  They should have combined
16   those and only said it once.  16 is the same as 12.
17   Slight different fact.
18                 You also have a list of people and things.
19   There are a fair number of people who will be referred
20   to or talked to and this, I hope, will help you keep
21   track of them.  It is not evidence.  It's just a
22   program.
23                 The lawyers will now -- two of you are
24   alternates.  It's not the two on the end.  I have a very
25   scientific way of choosing alternates.  In my library, I
```

```
 1  have a bingo wheel and it has 14 balls in it.  In
 2  conclusion, two of you will be randomly selected,
 3  unless, of course, one of you gets captured by aliens
 4  and we have to replace you.  So I hope nothing happens
 5  to any of you, but two of you have to serve.  So it's
 6  important that all of you listen carefully.
 7            The schedule will be 9:00 to about 4:30.
 8  But if we're in the middle of something, I may run late.
 9  So you can sort of bank on that.
10            All right, Mr. Varnado, would you like to
11  make the Government's opening statement?
12            MR. VARNADO:  Yes, Your Honor.
13            THE COURT:  Would you like a warning?
14            MR. VARNADO:  Five minutes would be great, Your
15  Honor.  Hopefully, I won't need it.
16            And, Your Honor, I believe before we
17  began, you were going to have Mr. O'Shea enter his not
18  guilty plea.
19            THE COURT:  Oh, I'm sorry.
20              Mr. O'Shea.
21            DEFENDANT O'SHEA:  Yes, Your Honor.
22            THE COURT:  Counts Two through Thirteen, how do
23  you plead?
24            DEFENDANT O'SHEA:  Not guilty, Your Honor.
25            THE COURT:  Thank you.
```

REPORTER'S CERTIFICATE

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled cause.

/s/ Ed Reed                                           1-12-12
Edward L. Reed                                        Date
Official Court Reporter