UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 14-263 (JEI) |
| v. | : | |
| JOSEPH SIGELMAN | : | Hon. Joseph E. Irenas |

## COUNT 1

On Count 1 of the Indictment – conspiracy to commit wire and honest services fraud and/or to violate the Foreign Corrupt Practices Act – we, the unanimous jury in the above-entitled case, find the Defendant, Joseph Sigelman:

**Not Guilty** \_\_\_\_\_          **Guilty** _____

## COUNT 2

On Count 2 of the Indictment – violation of the Foreign Corrupt Practices Act (occurring on or about October 12, 2010) – we, the unanimous jury in the above-entitled case, find the Defendant, Joseph Sigelman:

**Not Guilty** \_\_\_\_\_          **Guilty** _____

**COUNT 3**

On Count 3 of the Indictment – violation of the Foreign Corrupt Practices Act (occurring on or about December 6, 2010) – we, the unanimous jury in the above-entitled case, find the Defendant, Joseph Sigelman:

   **Not Guilty** \_\_\_\_   **Guilty** \_\_\_\_\_

**COUNT 4**

On Count 4 of the Indictment – violation of the Foreign Corrupt Practices Act (occurring on or about December 28, 2010) – we, the unanimous jury in the above-entitled case, find the Defendant, Joseph Sigelman:

   **Not Guilty** \_\_\_\_   **Guilty** \_\_\_\_\_

**COUNT 5**

On Count 5 of the Indictment – conspiracy to commit money laundering and/or transact in criminal proceeds – we, the unanimous jury in the above-entitled case, find the Defendant, Joseph Sigelman:

   **Not Guilty** \_\_\_\_   **Guilty** \_\_\_\_\_

**COUNT 6**

On Count 6 of the Indictment – transacting in criminal proceeds (occurring on or about January 15, 2010) – we, the unanimous jury in the above-entitled case, find the Defendant, Joseph Sigelman:

   **Not Guilty** \_\_\_\_\_     **Guilty** _____

FOREPERSON SIGNATURE: _____

DATE: _____