## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
### Clerk's Office – Camden, NJ

UNITED STATES OF AMERICA

                                Plaintiff,

v.                                                        Case No.: 1:14–cr–00263–JEI

                                                           Judge Joseph E. Irenas

JOSEPH SIGELMAN

                                Defendant.


DANIEL PULECIO–BOEK
777 6th St. NW, 11th Floor
Washington, DC 20001


     The Clerk's Office is serving counsel Notice under Rule 77(d), Fed. R. Civ. P., and Rule 49(c), Fed. R. Cr. P., by forwarding to you the attached Notice of Electronic Filing (NEF) showing the entry of a filed document in the above–referenced matter. Counsel can view and print the filed document in one of three ways:

     (1)  By becoming an E–filer which allows one free look for printing and/or downloading. To register please visit the Court's web site at www.njd.uscourts.gov.

     (2)  Using a PACER account for a fee of $0.10 per page. An account can be established by visiting their web site at www.pacer.gov.

     (3)  By requesting a copy from the Clerk's Office at a fee of $0.50 per page.

     Electronic Filing became mandatory on January 31, 2005, for all civil and criminal cases other than pro se cases. The Court strongly encourages you to take the necessary steps to obtain training and to register for electronic filing.


                                                       Very truly yours,

                                                       William T. Walsh, Clerk
                                                       By Deputy Clerk, lec