UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

|  |  |
|---|---|
| CAMDEN OFFICE: | June 2, 2015<br>DATE OF PROCEEDINGS |

JUDGE JOSEPH E. IRENAS, S.U.S.D.J.
COURT REPORTER:  KAREN FRIEDLANDER

Docket #  CRIM 14-263 (JEI)

TITLE OF CASE:

UNITED STATES OF AMERICA
    v.
JOSEPH SIGELMAN
       DEFENDANT PRESENT

Appearances:
Patrick Stokes, AUSA, Zach Intrater, AUSA, and Tarek Helou, AUSA, for Government.
William Burck, William Price, Juan Morillo, Veronica Yepez, Benjamin O'Neil, and Patrick Egan, Esqs., for Defendant.

NATURE OF PROCEEDINGS:          JURY SELECTION COMPLETED / TRIAL

Defendant present.
Jury pool not present.
Hearing on juror issue outside jury presence.
Jury pool present.
The Court continued voir dire of jury.
Voir dire of jury completed.
Number of Jurors:   12
Number of Alternates: 4
Number of Challenges: 41
Ordered jury sworn.         Jury sworn.
Preliminary instructions given by Court.
Patrick Stokes, AUSA, provided opening remarks for Government.
William Burck, Esq., provided opening remarks for Defendant.
Jury excused for the day at 1:40PM.
Hearing on evidentiary issues outside jury presence.


Ordered jury trial adjourned to June 3, 2015 at 7:45AM.


Time commenced:  8:25AM          Time Adjourned: 2:10PM          Total Time: 5:45

                                                                                                 Lawrence MacStravic
                                                                                                 DEPUTY CLERK

cc: Chambers