```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY

UNITED STATES,                  :      Criminal No. 14-263 (JEI)
                                :
        Plaintiff,               :      **ORDER ON MOTIONS**
                                :
        v.                       :      **(Docket Nos. 237, 238, 239, 241)**
                                :
JOSEPH SIGELMAN,                :
                                :
        Defendant.               :
```

**APPEARANCES:**

PAUL FISHMAN, U.S. ATTORNEY, DISTRICT OF NEW JERSEY
By: Glenn J. Moramarco, Esq.
    Zach Intrater, Esq.
    Patrick Stokes, Esq.
    Tarek Helou, Esq.
970 Broad Street, Suite 700
Newark, New Jersey 07102
        Counsel for Plaintiff


QUINN EMANUEL URQUHART & SULLIVAN LLP
By: William A. Burck, Esq.
    William Price, Esq.
    Ben A. O'Neil, Esq.
    Jonathan G. Cooper, Esq.
777 6th Street NW, 11th Floor
Washington, D.C. 20001

    and

FOX ROTHSCHILD, LLP
By: Patrick J. Egan, Esq.
    Matthew S. Olesh, Esq.
2000 Market Street, 28th Floor
Philadelphia, Pennsylvania 19103
        Counsel for Defendant

1

**IRENAS,** Senior United States District Judge:

These matters having been brought before the Court upon: (1) Defendant's Motion in Limine to Present Certain Video Evidence in Full (#237); (2) Defendant's Motion in Limine to Exclude Certain Testimony of Gregory Weisman (#238); Defendant's Motion to Seal certain Form 302s cited in the Motion to Exclude Certain Testimony of Gregory Weisman (#239); and Defendant's Motion to Withdraw the Motion to Seal (#241); for the reasons stated on the record during trial; and for good cause appearing,

**IT IS** on this 8th day of June, 2015,

**ORDERED THAT:**

(1) The Motion to present video evidence in full (#237) is hereby **DENIED.**

(2) The Motion to exclude certain testimony by Weisman (#238) is hereby **GRANTED** with respect to any testimony concerning the existence, or contents, of the "spreadsheet"; and **DENIED** in all other respects.

(3) The Motion to Withdraw the Motion to Seal (#241) is hereby **GRANTED**; accordingly, the Motion to Seal (#239) is hereby **DENIED AS MOOT.** <u>Defense counsel is hereby directed to **FILE ON THE PUBLIC DOCKET** the Form 302s cited in its Motion to exclude certain testimony.</u>

s/ Joseph E. Irenas
JOSEPH E. IRENAS, S.U.S.D.J.
