

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

970 Broad Street, 7th floor  
Newark, New Jersey 07102

973-645-2700

July 1, 2015

Debbie Amato, Deputy Clerk  
United States District Court  
Clarkson S. Fisher U.S. Courthouse  
402 East State Street  
Trenton, New Jersey 08608

      Re:   U.S. v. Joseph Sigelman  
             Criminal No. 14-263

Dear Ms. Amato:

      Please be advised that the above matter has been completed as to defendant Joseph Sigelman. Kindly cancel the Court's Recognizance in the amount of $500,000.00, filed on or about January 8, 2014, as soon as possible. Please be advised that the $500,000.00 bail money on deposit with the Court should be applied to the outstanding criminal debt ordered by the Court in the Judgment of Conviction. Namely, Special Assessment in the amount of $100.00; Restitution in the amount of $239,015.45 and Fine in the amount of $100,000.00. The remaining balance of $160,884.55 is to be disbursed to Joseph Sigelman.

      Thank you.

                                Very truly yours,

                                PAUL J. FISHMAN  
                                United States Attorney

                                By:   ZACH INTRATER  
                                Assistant U.S. Attorney